IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARVEL JONES,<br><br>              Plaintiff,<br><br>    vs.<br><br>JOHN LANTER, TIMOTHY CARMICHAEL, JEFFREY HOWARD, MICHAEL D. GOOCH, DENNIS R. KEEFE, ROBERT HAYES, COUNTY OF LANCASTER COUNTY, NEBRASKA, CITY OF LINCOLN, LINCOLN POLICE DEPARTMENT, SHRIEFF OFFICER UNKNOWN, COUNTY OF LANCASTER COUNTY SHRIEFF DEPARTMENT, CHIEF OF LINCOLN POLICE DEPARTMENT, and PUBLIC DEFENDER OFFICE,<br><br>              Defendants. | 8:20CV62<br><br>**MEMORANDUM<br>AND ORDER** |

Before the court is Plaintiff's motion to proceed in forma pauperis (filing no. 2). Plaintiff has been "civilly committed" to the Norfolk Regional Center ("NRC"), (see filing no. 1 at CM/ECF p. 1), and represents in his affidavit in support of application to proceed in forma pauperis, "I have income, cash, funds to pay the filing fees and others [sic] costs to proceed." (Filing No. 2.) Plaintiff also filed a copy of his "Detailed Account Ledger" from the NRC which shows an account balance of $2253.58 as of February 5, 2020. (Filing No. 3.) He does not mention expenses that would impact on his ability to pay the relatively modest filing fee associated with filing a claim in federal court. Therefore,

IT IS ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis (filing no. 2) is denied.

2. Plaintiff shall pay the $400.00 filing fee within 30 days of the date of this order.

3. Failure to comply with this order will result in this matter being dismissed without further notice.

4. The clerk of the court is directed to set a pro se case management deadline in this matter with the following text: **March 16, 2020**: deadline for Plaintiff to pay $400.00 filing fee.

Dated this 13th day of February, 2020.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge