IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARVEL JONES,<br><br>                Plaintiff,<br><br>vs.<br><br>JOHN CARTER, TIMOTHY CARMICHAEL, JEFFREY HOWARD, MICHAEL D. GOOCH, DENNIS R. KEEFE, ROBERT HAYES, COUNTY OF LANCASTER COUNTY, NEBRASKA, CITY OF LINCOLN, LINCOLN POLICE DEPARTMENT, SHRIEFF OFFICER UNKNOWN, COUNTY OF LANCASTER COUNTY SHRIEFF DEPARTMENT, CHIEF OF LINCOLN POLICE DEPARTMENT, and PUBLIC DEFENDER OFFICE,<br><br>                Defendants. | **8:20CV62**<br><br><br>**ORDER** |

      The court finds that Plaintiff is entitled to service of process by the United States Marshal. Accordingly, IT IS ORDERED:

    1)    The Clerk of the Court will complete and sign the USM-285 summons forms for all defendants except that defendant stylized by Plaintiff as "Sheriff Officer Unknown."

    2)    The Clerk will forward the completed USM-285 summons forms, with a copy of Plaintiff's Complaint, to the Marshal for service of process. The Clerk of the Court will copy the Complaint: Plaintiff need not to do so. The Marshal shall serve the summons and the Complaint without payment of costs or fees.

    3)    As to the defendant stylized as "Sheriff Officer Unknown," the United States Marshal's Service cannot initiate service upon unknown

defendants, and Plaintiff has not provided any identifying information for the "Sheriff Officer Unknown." Therefore, the court will give Plaintiff 30 days in which to take reasonable steps to identify the "Sheriff Officer Unknown" and notify the court of his or her name, after which the court will initiate service of process. If Plaintiff is unable to provide identifying information, then he must inform the court of such.

4) The Clerk will send a copy of this order to Plaintiff, via first class mail, at his address of record.

Dated this 3rd day of June, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge