IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARVEL JONES,<br><br>            Plaintiff,<br><br>vs.<br><br>JOHN CARTER, TIMOTHY CARMICHAEL, JEFFREY HOWARD, MICHAEL D. GOOCH, DENNIS R. KEEFE, ROBERT HAYES, COUNTY OF LANCASTER COUNTY, NEBRASKA, CITY OF LINCOLN, LINCOLN POLICE DEPARTMENT, SHERIFF OFFICER UNKNOWN, COUNTY OF LANCASTER COUNTY SHERIFF DEPARTMENT, CHIEF OF LINCOLN POLICE DEPARTMENT, PUBLIC DEFENDER OFFICE, sued in their individual and in their official capacities,<br><br>            Defendants. | 8:20-CV-62<br><br><br>ORDER OF RECUSAL<br>REQUEST FOR REASSIGNMENT |

This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

IT IS SO ORDERED.

Dated this 15th day of July, 2020.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge