IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARVEL JONES,<br><br>        Plaintiff,<br><br>vs.<br><br>JOHN CARTER, sued in their individual and in their official capacities; TIMOTHY CARMICHAEL, sued in their individual and in their official capacities; JEFFREY HOWARD, sued in their individual and in their official capacities; CITY OF LINCOLN, and CHIEF OF LINCOLN POLICE DEPARTMENT, sued in their individual and in their official capacities;<br><br>        Defendants. | **8:20CV62**<br><br>**ORDER** |

IT IS ORDERED:

1) The Pretrial Conference set for August 31, 2021 before the undersigned magistrate judge is <u>canceled</u>, pending further order of the court.

2) The court will reset the pretrial conference if this case is not resolved by summary judgment.

3) The Clerk is directed to mail a copy of this order to the plaintiff at his address of record.

Dated this 24th day of August, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge